APRIL 11, 1801.

The Same v. The Same—Upon the same.

The court on reconsidering the question arising in this case, and on which the opinion of this court was founded in the decree pronounced herein, on the 25th day of March last (during the present term), find that it is a question of considerable importance in its consequences, and being doubtful (as at present advised) as to the propriety of the decree, order and direct that the operation of the said decree, pronounced in this court on the said 25th day of March last, during this term, be and is hereby suspended until the further order of this court.

JULY TERM, 1801.

The Same v. The Same—Upon the same.

On reconsidering this case, the court is of opinion that the decree heretofore given on the 25th day of March last, ought to continue unchanged; and does therefore direct that the order entered on the 37th day of the last term, suspending the operation of the said decree be discharged, and in addition thereto the court does further order and decree that the plaintiff recover of the defendant the costs accruing on the motion for a dissolution of the injunction in the court below, which is ordered to be certified to the said court.